UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------X
UNITED STATES OF AMERICA,                                    23-CR-00163-CKK

                         - against -                            **MOTION TO TEMPORARILY MODIFY CONDITIONS OF SUPERVISION**

JON LIZAK,

                               Defendant.
------------------------------------------------------------------X

        KEVIN J. KEATING, an attorney duly admitted to the practice of law affirms as follows:

        1.       I am attorney for Jon Lizak and, thus, fully familiar with the facts and circumstances of this case. This affirmation is submitted in furtherance of the instant motion to temporarily modify the conditions of Lizak's supervision.

        2.       On October 13, 2023, Lizak was sentenced by the Court following his misdemeanor plea to a term of supervision, and three days intermittent confinement. The Court may recall that Lizak is a resident of Long Island, New York and is being supervised by the Probation Department in the Eastern District of New York.

        3.       I write to respectfully request that Lizak be granted permission to travel to Colorado during the Christmas holidays. Lizak married two weeks ago, and his wife's family resides in Loveland, Colorado. If permitted, Lizak would travel from New York to Colorado on December 20, 2023 and return on December 26, 2023. Lizak sought permission to travel from his supervising Probation Officer, but was advised that a Court Order was required.

        4.       I have conferred with AUSA Joseph Huynh, who offers his consent to this application.

WHEREFORE, it is respectfully requested that the Court grant the requested relief.

Dated: Garden City, New York
December 5, 2023

Respectfully submitted,

LAW OFFICE OF KEVIN J. KEATING, P.C.

/s/ *Kevin J. Keating*

By: Kevin J. Keating, Esq.
*Pro Hac Vice Counsel for Defendant, Jon Lizak*
666 Old Country Road, Suite 900
Garden City, New York 11530
(516) 222-1099
kevin@kevinkeatinglaw.com

To:  AUSA Joseph Huynh
Probation Officer Javier Enciso